UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-331-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENDRICK RONDELL RANSOME | ORDER FOR<br>JOINT MOTION FOR SENTENCING<br>HEARING AT TIME OF<br>ARRAIGNMENT |

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

This case is hereby set for Arraignment and Sentencing during the April 9, 2014 term of court.

SO ORDERED.

This __19__ day of March, 2014.

TERRENCE W. BOYLE
United States District Court Judge